FILE COPY

JOSEPH A. MANDOUR, III (SBN 188896)
BEN T. LILA (SBN 246808)
MANDOUR & ASSOCIATES, APC
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: (858) 487-9300
Facsimile: (858) 487-9390
Email: jmandour@mandourlaw.com

Attorneys for plaintiff,
DREAM MOODS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

CV12 - 6393 PSG (ANx)

| | |
|---|---|
| DREAM MOODS, INC., a California corporation, | Civil Case No. _____ |
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | |
| OLEKSII KOVAL, an individual; ROMAN MARTYNUK, an individual; and APPMANIA, an unknown entity, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Plaintiff DREAM MOODS, INC. (hereinafter "plaintiff" or "DREAM MOODS"), by and through its counsel, alleges as its complaint against OLEKSII KOVAL (hereinafter "KOVAL"), ROMAN MARTYNUK (hereinafter "MARTYNUK") and APPMANIA, (collectively "defendants") as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under federal law pursuant to 17 U.S.C. § 501, *et seq.*

## THE PARTIES

2. DREAM MOODS is a California corporation with a principal place of business in Fullerton, California.

3. On information and belief, defendant KOVAL is an individual residing in Kiev, Ukraine.

4. On information and belief, defendant MARTYNUK is an individual residing in Kiev, Ukraine.

5. On information and belief, APPMANIA is an unknown form of business entity doing business online at AppMania.org.  On information and belief, defendants KOVAL and MARTYNUK either do business as APPMANIA or are principals that are at a minimum contributorily liable for APPMANIA.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction over this lawsuit under 28 U.S.C. § 1331 and 28 U.S.C. § 1338 because the action arises under the copyright laws of the United States.

7. This Court has personal jurisdiction over defendants because defendants have transacted business in the Central District of California.  Further, on information and belief, the defendants systematically and continuously direct business activities toward and into the Central District of California through sales, marketing and advertising of defendants' software DreamBook and variations thereof (hereinafter, "DreamBook") on publicly accessible interactive internet websites, including AppMania.org, Amazon.com, and Apple.com.

8. Defendants entered into systematic and continuous business in the District by selling its applications to consumers residing in the District as evidenced by users who review defendants' products online.  In view of the foregoing, plaintiff's claims arise from defendants' contact with the Central District of California.

9. Venue is proper and reasonable in this district under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to this claim for copyright infringement occurred in this district and defendants have significant, substantial and

1  continuous contacts with the district.

## FACTS

10. Plaintiff DREAM MOODS is the leading online provider of information and products relating to dreams and dream interpretation. Plaintiff provides such information and products on the Internet at the website DreamMoods.com, which has had an established online presence for over a decade since March 1, 2000.

11. In order to produce content for its website, plaintiff expends considerable time and money editing and updating content and maintaining its webpage.

12. The DreamMoods.com website bears a copyright © notice and each webpage on the DreamMoods.com website supplies the following notice:

> Content within this website is registered with the US Library of Congress and protected under Copyright Registration Number TX7265720.  No part of this website may be reproduced, duplicated, reengineered, modified, translated or distributed in any form or manner, either mechanically or electronically, including photocopying, recording, or any information storage system, without the prior written permission of Dream Moods, except for the inclusion of brief quotations in an article, review, forum post, research paper, or blog and as long as Dream Moods is properly cited.

Such markings provide viewers of such content with notice that they are subject to copyright protection.

13. DreamMood.com's copyright notice, the entire content of DreamMood.com is the subject of U.S. Copyright Registration Nos. TX 7-265-720 and TX-7-221-621.  As such, plaintiff's content is entitled to a statutory presumption of valid copyright rights.  Portions of this protected material are also offered and sold in book form through DreamMood.com.

14. In addition to sales of books, plaintiff DREAM MOODS also generates income on its website by selling advertising space on the web pages of DreamMoods.com.  The amount of advertising revenue generated depends on the number of visitors to the website.

15. On information and belief, defendants own, operate, maintain and/or are otherwise responsible for content found at the websites AppMania.org, Amazon.com and

Apple.com.  Through these websites, defendants promote and sell the DreamBook software program.

16.  One key source of the definitions and dream interpretations referenced by DreamBook is plaintiff's copyrighted materials.  Defendants reproduce, display, distribute, and otherwise misuse plaintiff's copyrighted material on DreamBook without any payment or compensation to plaintiff.

17.  The DreamBook application and plaintiff's DreamMoods.com website both provide content relating to dreams and dream interpretation.  Due to the substantial similarity of content provided by the DreamBook application and plaintiff's DreamMoods.com website, the parties compete directly for many of the same consumers.

18.  On information and belief, as early as October 2009 and potentially on various other occasions, defendants KOVAL, MARTYNUK, APPMANIA and/or its agents visited plaintiff's DreamMoods.com website and, without authorization, copied content from DreamMoods.com.

19.  On information and belief, as early as October 2009 and on various other occasions, defendants KOVAL, MARTYNUK, APPMANIA and/or its agents republished plaintiff's copyright protected content on the DreamBook application and uploaded and began selling the infringing DreamBook application on the website Apple.com and through Apple's iTunes app store.

20.  On or around April 28, 2010 and on several subsequent occasions, plaintiff provided written notice advising defendants of the unauthorized use of plaintiff's content by the DreamBook application.

21.  Attached hereto as **Exhibit A** are respective examples of plaintiff's webpages and defendants' infringement of plaintiff's copyrighted content on the DreamBook application.

22.  Defendants' copying and republication without authorization of plaintiff's copyrighted material was thus willful, oppressive, malicious and with wrongful intent to infringe the rights of plaintiff.

## CLAIMS FOR RELIEF

### First Claim for Relief

### (Copyright Infringement)

23. Plaintiff repeats and incorporates by reference the statements and allegations in paragraphs 1 to 22 of the Complaint as though fully set forth herein.

24. At all times relevant hereto, plaintiff has been the owner of all copyright rights or rights to assert copyright claims for the website content of DreamMoods.com and all derivative works. Plaintiff further holds copyright registration certificates from the United States Copyright Office for the content.

25. Without authorization, defendants used, copied, reproduced, and republished the copyrighted material and made substantially similar copies of the material. Defendants' copying, reproduction, and republication were commercial in character and purpose. Defendants either completely or substantially used plaintiff's copyrighted content. Because the copying was for the purpose of competing with plaintiff it did not constitute fair use under any doctrine of copyright law.

26. Plaintiff did not authorize defendants' copying, displaying, or republishing of the works. Defendants infringed the copyrights of plaintiff's creative works by reproducing, republishing, publicly displaying, and creating derivatives of the works.

27. As a result of defendants' infringement, plaintiff has suffered, and will continue to suffer, substantial losses.

28. Defendants knew the infringed works belonged to plaintiff and that they did not have authorization to exploit plaintiff's works. Defendants' infringements were therefore willful.

29. On information and belief, defendants induced, caused and materially contributed to the infringing acts of others by encouraging, inducing, allowing, and assisting others to reproduce and republish plaintiff's works. Further, on information and belief, defendants had knowledge of the infringing acts of others relating to plaintiff's copyrighted works.

30. On information and belief, defendants have the right and ability to control the infringing acts of the individuals and entities that directly infringed plaintiff's works. Further, on information and belief, defendants obtained a direct financial benefit from the infringing activities of the individuals or entities that directly infringed plaintiff's works.

31. Defendants' actions, as set forth above, constitute copyright infringement in violation of the Copyright Act, 17 U.S.C. § 501, *et seq.*, all to the damage of plaintiff as previously alleged.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff asks that this Court grant judgment against defendants for the following:

A. Defendants, its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them, be temporarily restrained, and preliminarily and permanently enjoined from:

    i. infringing plaintiff's copyrighted works;

    ii. competing unfairly with plaintiff in any manner, including infringing any of plaintiff's copyright rights; and

    iii. conspiring, encouraging, inducing, allowing, abetting, or assisting others in performing any of the activities referred to in subparagraphs (i) - (ii) above.

B. Defendants, its officers, agents, servants, employees, and attorneys, and all persons in active concert or participation with any of them, deliver for destruction, or show proof of destruction of, any and all products, labels, signs, prints, packages, wrappers, receptacles, and advertisements, and any other materials in their possession or control that depict or reference any of plaintiff's copyrighted materials any materials or articles used for making or reproducing the same. In particular, defendants' DreamBook application should be removed and not sold from the Apple iTunes store, Apple.com or any other Apple website or store.

C. Defendants file with the Court and serve on plaintiff, within 30 days after the entry and service on defendants of an injunction, a report in writing and attested to under

penalty of perjury setting forth in detail the manner and form in which defendants have complied with the provisions of subparagraphs (A) and (B) above.

D. Plaintiff recover all damages it has sustained as a result of defendants' copyright infringement.

E. An accounting be directed to determine defendants' profits resulting from their infringement and unfair competition and that the profits be paid over to plaintiff, increased as the Court determines is appropriate to the circumstances of this case.

F. Plaintiff be awarded statutory damages.

G. Plaintiff be awarded its reasonable attorneys' fees for prosecuting this action.

H. Plaintiff recover its costs of this action and pre-judgment and post-judgment interest, to the full extent allowed by law.

I. Plaintiff receives all other relief the Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by the jury on its claims herein and all issues and claims so triable in this action.

Respectfully submitted,

Dated: July 25, 2012          MANDOUR & ASSOCIATES, APC

Ben T. Lila (SBN 246808)
blila@mandourlaw.com
Attorneys for plaintiff,
DREAM MOODS, INC.

**Defendants' DreamBook App:**

**Plaintiff's DreamMoods.com Website:**

**Defendants' DreamBook App:**

**Plaintiff's DreamMoods.com Website:**



EXHIBIT A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Philip S. Gutierrez and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

### CV12- 6393 PSG (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**FILE COPY**

Ben T. Lila (SBN 246808)
Joseph A. Mandour (SBN 188896)
Mandour & Associates, APC
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Telephone: (858)487-9300

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAM MOODS, INC., a California Corporation,<br><br>PLAINTIFF(S)<br>v.<br>OLEKSII KOVAL, an individual; ROMAN MARTYNUK, an individual; and APPMANIA, an unknown entity,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV12 - 6393 PSG (ANx)**<br><br><br>**SUMMONS** |

TO: DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Mandour & Associates APC_____, whose address is _16870 West Bernardo Drive, Suite 400, San Diego, CA 92127_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL 25 2012

Dated: _____

Clerk, U.S. District Court

**DODJIE LAGMAN**

By: _____
     Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                              SUMMONS

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:



# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| DREAM MOODS, INC., a California Corporation | OLEKSII KOVAL, an individual; ROMAN MARTYNUK, an individual; and APPMANIA, an unknown entity |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Mandour & Associates, APC, 16870 West Bernardo Drive, Suite 400, San Diego, CA 92127  Telephone: (858) 487-9300 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement and Other Relief; 17 U.S.C. s. 501, et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | | | ☐ 555 Prison Condition | |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☒ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | | | ☐ 442 Employment | | ☐ 830 Patent |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 891 Agricultural Act | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 892 Economic Stabilization Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 894 Energy Allocation Act | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

CV12 - 6393 PSG (ANx)

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)    CIVIL COVER SHEET    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | OLEKSII KOVAL, Ukraine<br>ROMAN MARTYNUK, Ukraine<br>APPMANIA, Ukraine |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| All claims: Orange County | |

***Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 07-16-2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |